IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:15CV63 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL/MIKE HEAVICAN, Chief | ) | |
| Judge NeBRASKKK Supreme KKKort, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 14, 2015, the court ordered Plaintiff Billy Tyler to file an amended complaint that (1) is legible, (2) alleges facts that show the grounds for this court's jurisdiction, (3) shows that his claims are not moot, and (4) specifies whether judicial proceedings remain ongoing in the Nebraska Supreme Court. (Filing No. 7 at CM/ECF p. 4.) The court warned Tyler that failure to file an amended complaint in accordance with the court's order would result in the court dismissing the case without further notice to Tyler.

Tyler did not file an amended complaint within 30 days. Moreover, the pleading Tyler filed on June 25, 2014 (Filing No. 8), did not cure any of the pleading deficiencies present in the original Complaint. Therefore,

IT IS ORDERED that: This case is dismissed without prejudice. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 2nd day of September, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.