IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BILLY TYLER, | ) | 8:15CV63 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL/MIKE HEAVICAN, Chief Judge NeBRASKKK Supreme KKKort, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff Billy Tyler's request that the court "reopen" this case. (Filing No. 11.) The court dismissed this case on September 2, 2015, because Tyler failed to prosecute it diligently. (Filing No. 9.) The court has carefully reviewed Tyler's "Motion" (Filing No. 11) and finds no good cause for reconsideration of any portion of its order dismissing this case.

IT IS THEREFORE ORDERED that Tyler's "Motion" (Filing No. 11) is denied.

DATED this 20th day of January, 2016.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge