IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:15CV63 |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL/MIKE HEAVICAN, Chief Judge NeBRASKKK Supreme KKKort, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 14). The court finds that because Plaintiff proceeded in forma pauperis in the district-court action, he may now proceed on appeal in forma pauperis without further authorization. Fed. R. Civ. P. 24(a)(3).

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 14) is granted.

DATED this 4th day of February, 2016.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge